UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LEONARD ROSENBOOM, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>DAVE DORMIRE, )<br>)<br>Respondent. ) | Case No. 4:08-CV-1493 (CEJ) |

## MEMORANDUM AND ORDER

This matter is before the Court on the motion of petitioner Leonard Rosenboom to alter or amend judgment pursuant to Rule 59(e), Fed.R.Civ.P. Petitioner is presently serving consecutive life sentences, pursuant to the sentence and judgment of the Circuit Court of Jefferson County. On September 30, 2010, the Court denied his petition for writ of habeas corpus.

Rule 59(e) motions serve the limited function of correcting "manifest errors of law or fact or to present newly discovered evidence." United States v. Metropolitan St. Louis Sewer Dist., 440 F.3d 930, 933 (8th Cir. 2006). Such motions cannot be used to introduce new evidence, tender new legal theories, or raise arguments which could have been offered or raised prior to entry of judgment. Id. Petitioner's motion restates arguments previously considered and rejected by the Court.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion to alter or amend judgment pursuant to Rule 59(e) [Doc. #14] is **denied**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 26th day of October, 2010.